NO. 07-04-0454-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

DECEMBER 3, 2004

______________________________

ERVIN DWAIN MASON, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;

NO. 40,692-D; HONORABLE DON EMERSON, JUDGE

_______________________________

Before QUINN and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

Pending before this Court is Ervin Dwain Mason’s motion to dismiss his appeal by which he represents he wishes to withdraw his notice of appeal.  The motion is personally signed by appellant as required by Rule 42.2(a) of the Texas Rules of Appellate Procedure.  No decision of this Court having been delivered to date, the motion is granted.  No motion for rehearing will be entertained and our mandate will issue forthwith. 

Accordingly, the appeal is dismissed.

Don H. Reavis

    Justice

Do not publish.